United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00167-JAW
Joshua Mack Dewitt  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Apr 17, 2025     Form ID: n031     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Mack Dewitt, 107 Donna Cir, Richland, MS 39218-4404 |
| cr | + | Alabama Credit Union, Weltman, Weinberg & Reis Co LPA, Attn Scott D. Fink, 5990 West Creek Rd Ste 200, Independence, OH 44131-2191 |
| 5465239 | + | Amanda DeWitt, 123 Vicksburg Ave, Richland, MS 39218-9577 |
| 5465240 | + | Brandy Levens, 107 Donna Cir, Richland, MS 39218-4404 |
| 5465246 | + | Jackson Radiology, P.O. Box 3488, #05-080, Tupelo, MS 38803-3488 |
| 5465247 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5467474 | + | Email/Text: BKRMailOps@weltman.com | Apr 17 2025 19:44:00 | ALABAMA CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 5465237 | + | Email/Text: bankruptcy@acimacredit.com | Apr 17 2025 19:44:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5465238 | + | Email/Text: collections@alabamacu.com | Apr 17 2025 19:44:00 | Alabama Credit Union, Attn: Bankruptcy, 220 Paul W. Bryant Dr, Tuscaloosa, AL 35401-2007 |
| 5465241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2025 19:48:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5465242 | + | Email/Text: bankruptcy@connexuscu.org | Apr 17 2025 19:44:00 | Connexus Credit Union, Po Box 8026, Wausau, WI 54402-8026 |
| 5465244 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2025 19:44:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5481219 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2025 19:48:07 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5465243 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 17 2025 19:44:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 907 Pleasant Valley, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5465245 | | Email/Text: ebone.woods@usdoj.gov | Apr 17 2025 19:44:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5486960 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2025 19:44:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5465248 | + | Email/Text: pasi_bankruptcy@chs.net | Apr 17 2025 19:44:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5465250 | | Email/Text: legalservices12@snaponcredit.com | Apr 17 2025 19:44:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5465249 | + | Email/Text: Tracey@sra-inc.net | Apr 17 2025 19:44:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: n031 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 5469833 | + Email/PDF: ebn_ais@aisinfo.com | Apr 17 2025 19:48:06 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |
| 5465251 | ^ MEBN | Apr 17 2025 19:41:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 | |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joshua Mack Dewitt trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00167−JAW
**Chapter:** 13

**In re:**

Joshua Mack Dewitt
107 Donna Cir
Richland, MS 39218

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 17, 2025 (Dkt. # 28 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: April 17, 2025                                              Danny L. Miller, Clerk of Court