IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joshua Mack Dewitt, Debtor                              Case No. 25-00167-JAW
                                                                                              CHAPTER 13

### SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,673.50 | $44.48 | $2,717.98 | 22 | 03/11/2025 |
| $1,160.50 | $50.10 | $1,210.60 | n/a | n/a |
| $3,834.00 | $94.58 | $3,928.58 | | |



# INVOICE

Invoice # 7550
Date: 02/11/2025
Due On: 03/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Joshua Mack Dewitt

## 05651-Dewitt Joshua Mack

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | VM | 10/29/2024 | In-Office Conference: Gathered, reviewed and organized bank statements, general information packet, paystubs, and taxes | 0.40 | $100.00 | $40.00 |
| Service | BM | 10/31/2024 | Reviewed debtor's drivers license and social security card to collect information to pull credit report. | 0.10 | $0.00 | $0.00 |
| Service | BM | 10/31/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report | 0.10 | $155.00 | $15.50 |
| Service | VM | 11/04/2024 | Reviewed debtors credit report in search of student loans. None were found. | 0.10 | $0.00 | $0.00 |
| Service | VM | 11/04/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Compiled list of documents still needed for filing. | 1.00 | $100.00 | $100.00 |
| Service | VM | 11/08/2024 | Contact Debtor (Text/Email): Drafted email to debtor to request documents needed including October statements and paystubs | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/12/2024 | Review email from debtor: Reviewed email from debtor updating me on document questions, and sending requested 2022 tax returns. Updated | 0.20 | $100.00 | $20.00 |

Invoice # 7550 - 02/11/2025

| | | | documents and task. | | | |
|---|---|---|---|---|---|---|
| Service | VM | 11/13/2024 | Review email from debtor: Reviewed email from debtor, updated bank statements and harvesting document task. Drafted email to debtor to inform him of missing statements needed | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/17/2024 | Review email from debtor: Reviewed email from debtors, organized and uploaded bank statements and made corrections to General Information Packet | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/19/2024 | Review email from debtor: Reviewed email from debtor informing me of time frame lived at past address, informed her to send time frame for most recent past address | 0.10 | $0.00 | $0.00 |
| Service | VM | 11/21/2024 | Review email from debtor: Reviewed email from debtor providing me required information for me to add to Packet, updated and sent to BM for review. | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/22/2024 | Reviewed debtors file to determine which documents are needed for the new month. Updated list of documents needed for filing. Drafted email to debtor with updated list. | 0.20 | $100.00 | $20.00 |
| Service | BM | 11/25/2024 | Reviewed file to determine if we have all documents needed for attorney review: information on cosigned debt, amounts owed for debts, pay stubs still needed. Sent list to legal assistant. | 0.30 | $155.00 | $46.50 |
| Service | VM | 11/26/2024 | Call Debtor: Phone conference with debtor to provide her an update on her case, requested she send needed information to input to her General Information Packet. Drafted email to debtor | 0.20 | $100.00 | $20.00 |
| Service | VM | 12/03/2024 | Reviewed emails from debtor's girlfriend, combined bank statements and paystubs and information to GIP. Determined what was still needed, drafted email to debtor. | 0.70 | $100.00 | $70.00 |
| Service | VM | 12/03/2024 | Review email from debtor: Reviewed email from debtor girlfriend informing us debtor no longer has cashapp. Updated task and sent to BM for review. | 0.20 | $100.00 | $20.00 |

| Service | BM | 12/04/2024 | Reviewed file to determine if we have all documents needed for attorney review, information on cosigner still needed. sent memo to legal assistant. | 0.30 | $155.00 | $46.50 |
|---|---|---|---|---|---|---|
| Service | BM | 12/09/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $155.00 | $31.00 |
| Service | BM | 12/10/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 0.80 | $155.00 | $124.00 |
| Service | VM | 12/11/2024 | Reviewed debtor packet for emergency contact information. Organized information into debtors file. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/11/2024 | Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/12/2024 | Review email from debtor: Reviewed email from debtor girlfriend, updated paystubs, bank statements, and Packet. Phone conference with debtor to inform her of matrix | 0.30 | $100.00 | $30.00 |
| Service | JAC | 12/17/2024 | Input Case - review & revise draft bk prepared by bm. Calculate gross income & deductions for ∆. Calculate net income for ∆s gf. Calculate plan payment, prepare I | 0.80 | $360.00 | $288.00 |
| Service | JAC | 12/17/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | KR | 12/17/2024 | Contact Debtor (Text/Email): Reviewed email that was undeliverable due to the debtor's inbox being full; telephone conference with debtor; provided another email address; drafted email memo to the debtor with his plan options to review | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/17/2024 | Review email from debtor: Reviewed email from debtor's significant other and debtor requesting a breakdown on how his plan payment was determined; drafted email memo to | 0.10 | $155.00 | $15.50 |

Invoice # 7550 - 02/11/2025

|         |     |            |                                                                                                                                                                                                                                                                                          |      |          |         |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | JAC re: plan payment details                                                                                                                                                                                                                                                             |      |          |         |
| Service | VM  | 12/17/2024 | Reviewed debtors file to determine which documents are needed for the new month. Updated list of documents needed for filing.                                                                                                                                                            | 0.20 | $100.00  | $20.00  |
| Service | VM  | 12/17/2024 | Call Debtor: Phone conference with debtor to request Driver license and social security card.                                                                                                                                                                                            | 0.10 | $0.00    | $0.00   |
| Service | JAC | 12/17/2024 | review email, print out list of debts paid in BC, send to KR                                                                                                                                                                                                                             | 0.20 | $0.00    | $0.00   |
| Service | KR  | 12/17/2024 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: plan payment configuration; drafted email to debtor with the claims that will be paid through the bankruptcy and determined his monthly plan payment                                                                        | 0.10 | $155.00  | $15.50  |
| Service | VM  | 12/18/2024 | Review email from debtor: Received email from debtor containing driver license and social security, uploaded file, and updated task                                                                                                                                                      | 0.10 | $100.00  | $10.00  |
| Service | KR  | 12/19/2024 | Drafted email memo to JAC re: estimated plan payment amount questions from debtor                                                                                                                                                                                                        | 0.10 | $155.00  | $15.50  |
| Service | KR  | 12/19/2024 | Review email from debtor: Reviewed email memo from JAC re: plan payment explanation                                                                                                                                                                                                      | 0.10 | $155.00  | $15.50  |
| Service | KR  | 12/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor explaining about the 10% interest and the Trustee's interest per their inquiry                                                                                                                                                      | 0.10 | $155.00  | $15.50  |
| Service | VM  | 12/27/2024 | Reviewed debtors file to determine which documents are needed for the new month. Updated list of documents needed for filing. Drafted email to debtor with updated list.                                                                                                                 | 0.20 | $100.00  | $20.00  |
| Service | KR  | 12/27/2024 | Review email from debtor: Reviewed email memo from debtor about the truck with Alabama Credit Union not being included in the bankruptcy and the amount owed is lower than they originally provided; drafted email to debtor informing her that I will get with the attorney; drafted email memo to JAC re: debt with Alabama Credit Union | 0.20 | $155.00  | $31.00  |

Page 4 of 10

Invoice # 7550 - 02/11/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 12/27/2024 | Review email from debtor: Reviewed email from debtor with the letter from Alabama Credit Union showing the amount owed on the vehicle; merged with existing client documents; drafted email memo to JAC re: correspondence from Alabama Credit Union | 0.10 | $155.00 | $15.50 |
| Service | VM | 12/30/2024 | Review email from debtor: Reviewed emails from debtor containing paystubs and bank statements needed, organized and uploaded statements. Drafted email to debtor requesting other bank statements and paystubs needed from debtor. | 0.20 | $100.00 | $20.00 |
| Service | VM | 12/31/2024 | Review email from debtor: Rev'd email from debtor, reviewed paystubs, organized and uploaded document | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/02/2025 | review & respond to email from KR re: ∆s wanting to pay car direct | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/02/2025 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: vehicle payment; drafted email to debtor informing them that they have to include vehicle payment in with the plan payment | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/02/2025 | Review email from debtor: Reviewed email from debtor girlfriend with her most recent paystub, updated file, and uploaded to debtor and debtor girlfriend file. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/03/2025 | Add Dec numbers to MT | 0.20 | $360.00 | $72.00 |
| Service | VM | 01/06/2025 | Review email from debtor: Reviewed email from debtor, updated and uploaded bank statements & paystubs | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/07/2025 | Review email from debtor: Reviewed email from debtor's significant other coming in to talk to the attorney about the option of filing and the estimated plan payment amount; drafted email memos to TR and JAC | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/07/2025 | Review email from Attorney: Reviewed email memo from TR re: plan option request; drafted email memo to TR providing the chapter 13 plan option the debtor was provided | 0.10 | $0.00 | $0.00 |

Page 5 of 10

Invoice # 7550 - 02/11/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 01/07/2025 | Call Debtor: Reviewed email memo from TR: conference with debtor; telephone conference with debtor and scheduled phone conference appointment in regards to his estimated plan payment for the option of chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/09/2025 | Call with client (at his request) to explain why the plan payment is so high | 0.20 | $360.00 | $72.00 |
| Service | BB | 01/09/2025 | Contact Debtor (Text/Email): Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/10/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him of the fee agreement email due to debtor not opening the email. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/10/2025 | Add Brandy's case info to petition | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/17/2025 | Prepare Signign Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/21/2025 | Confrence w/ client to review and revise petition, schedules, statements and plan - discuss clients duties while in bankruptcy | 0.40 | $360.00 | $144.00 |
| Service | JAC | 01/21/2025 | Update schedule B, AF disc, plan pursuant to appt signing notes. Prepare & send final bk to ∆ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/22/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | BB | 01/22/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing them with their case number. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/22/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him of the date and time of his meeting of creditors and inquiring how he would like to attend. | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/22/2025 | Review email from debtor: Reviewed email from debtor with correspondence received from Internal Revenue Services. | 0.20 | $100.00 | $20.00 |

Invoice # 7550 - 02/11/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Determined creditors are listed in chapter 13 plan and matrix, drafted email to KR with suggestion. | | | |
| Service | KR | 01/22/2025 | Review and respond to email memo: Reviewed email memo from VM re: 2023 tax debt; reviewed the plan and the bill from the IRS; drafted email memo to VM explaining what will should be covered. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 01/23/2025 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/23/2025 | Review: 25-00167-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/23/2025 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/23/2025 | Received and reviewed the Declaration of Mailing; prepared the Notice of Plan with the Declaration attached and the Plan for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Drafted chapter 13 yellow page and emailed the debtor the needed information. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring for an update on how he would like to attend his meeting of creditors. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating he would like to attend his meeting of creditors through zoom. Drafted text to debtor inquiring if a practice zoom will be necessary. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/24/2025 | Review: 25-00167-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | BB | 01/27/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he chose a date for his practice zoom meeting. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/27/2025 | Contact Debtor (Text/Email): Reviewed and drafted texts with debtor scheduling a date and time for | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | a practice zoom. | | | |
| Service | BB | 01/27/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing his second credit course certificate. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/28/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/29/2025 | Contact Debtor (Text/Email): Drafted email to debtor with response to Letter he received from IRS. | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/29/2025 | Prepared the Personal Financial Management Certificate for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/30/2025 | Review: Proof of Claim 25-00167-JAW Snap-on Credit LLC Document # 2 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/31/2025 | Review: Proof of Claim 25-00167-JAW ALABAMA CREDIT UNION Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/31/2025 | Review: Proof of Claim 25-00167-JAW Snap-on Credit LLC Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | BB | 01/31/2025 | Review and organize documents provided by debtor: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Reviewed and organized Trustee documents into the Trustee website. | 0.30 | $100.00 | $30.00 |
| Service | BM | 02/04/2025 | Review: Proof of Claim 25-00167-JAW T Mobile/T-Mobile USA Inc Document # 3 | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/05/2025 | Review and sign confirmation order via email | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/07/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | BB | 02/10/2025 | Call Debtor: Conducted practice zoom meeting with debtor in preparation for their meeting of creditors. Answered | 0.10 | $100.00 | $10.00 |

|         |     |            |                                                                                                                                                                          |      |          |         |
|---------|-----|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | questions debtor had.                                                                                                                                                    |      |          |         |
| Service | KR  | 02/11/2025 | Reviewed information for estimated mailing expenses; drafted first part of the Application for Compensation                                                              | 0.20 | $155.00  | $31.00  |
| **Non-billable services** |||||||
| Service | VM  | 11/04/2024 | Administrative - non-billable work: Drafted email to BM in regards to questions I had about debtor's bank statements                                                     | 0.10 | $100.00  | $10.00  |
| Service | JAC | 12/17/2024 | Review for money in trust                                                                                                                                                | 0.10 | $360.00  | $36.00  |
| Service | JAC | 12/17/2024 | scan Document: Initial -jens notes.pdf                                                                                                                                   | 0.10 | $360.00  | $36.00  |
| Service | KR  | 01/09/2025 | Review email from Attorney: Reviewed email memo from TR re: filing option; updated task since the debtor has decided to proceed with the filing of the Chapter 13        | 0.10 | $155.00  | $15.50  |
| Service | BB  | 01/10/2025 | Call Debtor: Phone conference with debtor scheduling their signing appointment with the attorney.                                                                        | 0.10 | $100.00  | $10.00  |
| Service | JAC | 01/13/2025 | Review clio memo re: signing appointment scheduled                                                                                                                       | 0.10 | $360.00  | $36.00  |
| Service | VM  | 01/21/2025 | Administrative - non-billable work: scanned and email signing checklist to attorney                                                                                      | 0.10 | $100.00  | $10.00  |
| Service | JAC | 01/22/2025 | Update Contact to match docket text                                                                                                                                      | 0.10 | $360.00  | $36.00  |
| Service | SA  | 01/22/2025 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics                                                                                               | 0.10 | $100.00  | $10.00  |
| Service | BM  | 01/29/2025 | Review: Proof of Claim 25-00167-JAW ALABAMA CREDIT UNION Document # 1                                                                                                    | 0.10 | $155.00  | $15.50  |
|         |     |            |                                                                                                                                                                          | **Services Subtotal** || **$2,673.50** |

## Expenses

| Type    | Date       | Notes                                                                                      | Quantity | Rate    | Total   |
|---------|------------|--------------------------------------------------------------------------------------------|----------|---------|---------|
| Expense | 01/23/2025 | Mailing Expense (certificateofservice.com)                                                 | 1.00     | $16.48  | $16.48  |
| Expense | 02/11/2025 | Estimated Mailing Expense for 1st Application for Compensation(certificateofservice.com)   | 1.00     | $28.00  | $28.00  |
|         |            | **Expenses Subtotal**                                                                      |          |         | **$44.48** |

Invoice # 7550 - 02/11/2025

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 3.2 | $360.00 | $1,152.00 |
| | Jennifer Curry Calvillo | Attorney | 0.2 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 0.8 | $360.00 | $288.00 |
| | Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| | Brooke Brueland | Non-Attorney | 0.9 | $100.00 | $90.00 |
| | Brooke Brueland | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | Vanessa Martinez | Non-Attorney | 5.7 | $100.00 | $570.00 |
| | Vanessa Martinez | Non-Attorney | 0.4 | $0.00 | $0.00 |
| | Breanne McDaniel | Non-Attorney | 1.7 | $155.00 | $263.50 |
| | Breanne McDaniel | Non-Attorney | 0.3 | $0.00 | $0.00 |
| | Kerri Rodabough | Non-Attorney | 2.0 | $155.00 | $310.00 |
| | Kerri Rodabough | Non-Attorney | 0.2 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$2,717.98** |
| | | | | **Total** | **$2,717.98** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7550 | 03/13/2025 | $2,717.98 | $0.00 | $2,717.98 |
| | | | **Outstanding Balance** | **$2,717.98** |
| | | | **Total Amount Outstanding** | **$2,717.98** |

2/11/25, 1:39 PM                                                                                                    Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   [6]   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?   [16]   parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.   [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.   [1]

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 48 |  |
| Date and Time: | Tue Feb 11 2025 13:39:16 GMT-0600 (Central Standard Time) |  |
| Total Pages to Print: | 96 |  |
| Sheets Per Envelope | 3 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.17 |  |
| Printing Cost: | $ | 16.32 |
| Postage Cost: | $ | 11.68 |
| Total Cost: | $ | 28 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED