___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 25, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **JOSHUA MACK DEWITT,**      **CASE NO. 25-00167-JAW**

    **DEBTOR.**      **CHAPTER 13**

**ORDER DENYING SECOND APPLICATION FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**
**FOR THOMAS C. ROLLINS, JR.**

This matter came before the Court for consideration on the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr., (the "Second Application")[1] in the above-referenced bankruptcy case. (Dkt. #33). The Court finds that the Second Application must be denied pursuant to 11 U.S.C. § 331, which states, "any professional person…may apply to the court *not more than once every 120 days*…for such compensation for services rendered before the date of such an application" (emphasis added).

IT IS, THEREFORE, ORDERED that the Second Application is denied.

**##END OF ORDER##**

___

[1] The Second Application was filed on May 28, 2025, which was only 105 days from the prior application. (Dkt. ##17; 33).