

# The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 8105
Date: 07/16/2025
Due On: 08/15/2025

P.O. Box 13767
Jackson, MS 39236
United States

Joshua Mack Dewitt

## 05651-Dewitt Joshua Mack

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 02/11/2025 | Draft Fee Application and Proposed Order: Reviewed and drafted invoice for attorney and expense fees; drafted 2nd part of the Application for Compensation, the Notice, Proposed Order and the lodestar using totals from the invoice | 0.40 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Drafted email to TR with the Application, the Proposed Order, the Notice, the lodestar and Exhibit A to review | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Drafted email memo to SA with the affidavit to notarize | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Reviewed email memo from SA with the signed affidavit; merged with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/11/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Reviewed email memo from TR re: Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Prepared the Application, the Notice, Exhibit A and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Prepared the Application with the Declaration attached, the Exhibit A, C, the Notice and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |

Invoice # 8105 - 07/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 02/12/2025 | Review: Proof of Claim 25-00167-JAW Internal Revenue Servi Document # 4. Sent to attorney for further review. | 0.10 | $0.00 | $0.00 |
| Service | BB | 02/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/14/2025 | Review: Proof of Claim 25-00167-JAW Internal Revenue Servi Document # 4 | 0.20 | $360.00 | $72.00 |
| Service | BB | 02/14/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/14/2025 | Review email from debtor: Reviewed email from debtor stating his wage order has not yet started. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/18/2025 | Chapter 13 Meeting of Creditors | 0.50 | $360.00 | $180.00 |
| Service | JAC | 03/06/2025 | Review: 25-00167-JAW Hearing Set Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-00167-JAW Connexus Credit Union Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-00167-JAW FinWise Bank Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/06/2025 | Review: 25-00167-JAW Motion to Dismiss Debtor Document# 19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | AMend Plan - provide treatment for finwise bank after poc filed. | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/07/2025 | Prepared the amended plan in Best Case for upload to Clio so debtor can sign; drafted email to debtor with the amended plan to sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/07/2025 | Reviewed court docket for the Proof of Claim to verify address for Finwise Bank; drafted the Notice of Modified Plan | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/10/2025 | Called debtor left message; drafted text to debtor informing them about | 0.10 | $155.00 | $15.50 |

Invoice # 8105 - 07/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the amended plan that was emailed for them to sign so we can file with the court. | | | |
| Service | BB | 03/10/2025 | Review email from debtor: Reviewed email from debtors partner inquiring about several different things for this debtors case. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/10/2025 | Call Debtor: Reviewed email memo from BB re: FinWise property; telephone conference with debtor about the property with FinWise and the deficiency claim for the camper | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/10/2025 | Drafted email memo to JAC re: amended plan and FinWise debt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/11/2025 | review & respond to email from kr | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/11/2025 | updated treatment to pay for finwise bank | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/11/2025 | Contact Debtor (Text/Email): Prepared the amended plan to add and keep the property with FinWise for upload to Clio from Best Case; drafted email to debtor with the amended plan to sign. | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/11/2025 | Call Debtor: Telephone conference with debtor's significant other informing her of the revised plan he needs to review and sign so we can file with the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/11/2025 | Drafted email memo to JAC re: review Notice of Modified Plan | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/11/2025 | review & approve drafted notice of amended plan | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/11/2025 | Review email from Attorney: Reviewed email memo from JAC re: notice of amended plan; prepared the Notice and the modified plan for upload to certificate of service | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/12/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Amended Plan and the Notice of Modified Plan with the Declaration attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 03/12/2025 | Review: 25-00167-JAW Order on Application for Compensation | 0.10 | $0.00 | $0.00 |

Invoice # 8105 - 07/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Document# 22 | | | |
| Service | JAC | 03/13/2025 | Review: 25-00167-JAW Order on Motion To Dismiss Debtor Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/18/2025 | Review docket for confirmation, no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | BB | 03/18/2025 | Review email from debtor: Reviewed email from debtors partner stating they received another letter from the courts and inquired the meaning. Drafted reply requesting a copy of the letter. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/19/2025 | Review email from debtor: Reviewed email from debtor providing a copy of the letter she is inquiring about. Reviewed the letter and determined it is a notice of hearing. Informed the debtor we handle and hearings and if they are needed we will contact them. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/20/2025 | Review: Proof of Claim 25-00167-JAW Jefferson Capital Systems LLC Document # 7 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/17/2025 | Review: 25-00167-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/17/2025 | Review: 25-00167-JAW Order Confirming Chapter 13 Plan Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | BB | 04/18/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/21/2025 | Reviewed voicemail from debtor requesting a return call about his vehicle. Attempted phone conference with debtor which resulted in leaving a voicemail. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/23/2025 | Reviewed mail from Trustee office about a check being returned to them. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |

Invoice # 8105 - 07/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 04/23/2025 | Review and respond to email memo: Reviewed email memo from BB re: returned check for wage order garnishment; drafted email memo to BB informing her that the employer's check was returned and the Trustee will no longer accept checks; they will have to provide by other means | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/24/2025 | Contact Debtor (Text/Email): Reviewed email memo from KR confirming the debtors employer provided a check that bounced and they will have to provide a money order in future or the debtor can pay directly. Drafted email to debtor informing him of this. | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Reviewed court docket for previous order and invoice filed; reviewed Trustee's website to verify amount of attorneys fees paid to date; drafted 1st part of Application and Lodestar using amounts from the filed invoice and order | 0.40 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; drafted 2nd part of Application and the lodestar using totals from the 2nd invoice; drafted Proposed Order, Affidavit and Notice; drafted internal message to TR re: review 2nd Application for Compensation | 0.50 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Drafted email memo to SA with the affidavit to notarize and sign | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/19/2025 | Reviewed email memo from SA with the signed affidavit; merged with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/20/2025 | Approved2nd Application drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/28/2025 | Reviewed internal message from TR re: Application for Compensation; prepared the Application, the Notice, Exhibits A. B and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/28/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, the Notice, the Exhibits A, B, C and | 0.20 | $0.00 | $0.00 |

Invoice # 8105 - 07/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Cost of Mailing for upload to the court | | | |
| Service | BB | 06/24/2025 | Review email from debtor: Reviewed email from debtor stating he has ceased working at his current employer and will be starting another job soon. Debtor informed us they do not know the start date of new employment at this time. Drafted email to debtor requesting the start date, name, address, and frequency of pay as soon as they know. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/03/2025 | Contact Debtor (Text/Email): Reviewed email from debtor stating they have started a new 1099 job and will get their first pay check on July 11th. Debtor requested to pay direct. Drafted email to debtor requesting the needed details of the new employer. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/07/2025 | Review email from debtor: Reviewed email from debtor providing the new employer information. Drafted email to KR informing her. | 0.10 | $100.00 | $10.00 |
| | | | | **Services Subtotal** | | **$1,092.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/12/2025 | Difference of Mailing Expense from 1st Application for Compensation (certificateofservice.com) | 1.00 | $6.77 | $6.77 |
| Expense | 03/12/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 07/16/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $36.33 | $36.33 |
| | | | **Expenses Subtotal** | | **$47.29** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.1 | $360.00 | $756.00 |
| Jennifer Curry Calvillo | Attorney | 0.4 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 0.3 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 1.3 | $100.00 | $130.00 |

Invoice # 8105 - 07/16/2025

| | | | | |
|---|---|---|---|---|
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Breanne McDaniel | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 1.0 | $155.00 | $155.00 |
| Kerri Rodabough | Non-Attorney | 3.0 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,139.79** |
| | | | **Total** | **$1,139.79** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7550 | 03/13/2025 | $2,717.98 | $0.00 | $2,717.98 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8105 | 08/15/2025 | $1,139.79 | $0.00 | $1,139.79 |
| | | | **Outstanding Balance** | **$3,857.77** |
| | | | **Total Amount Outstanding** | **$3,857.77** |

7/16/25, 12:20 PM                                                              Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  [ 6 ]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  [ 19 ]  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  [ 2 ]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  [ 1 ]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

                                   52.5
| | |
|---|---|
| Date and Time: | Wed Jul 16 2025 12:18:47 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 105 |
| Sheets Per Envelope | 2.5 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                  19.95 |
| Postage Cost: | $                                                  16.38 |
| Total Cost: | $                                                  36.33 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED