_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                               **CASE NO.: 25-00167-JAW**
**JOSHUA MACK DEWITT**
**SS#:  XXX-XX-2831**


## RELEASE OF WAGES

THE ORDER PREVIOUSLY ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

    SOUTHERN LIFT TRUCKS LLC
    871 S WASHINGTON AVE
    MOBILE, AL 36603


WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Harold J. Barkley,Jr.
Chapter 13 Trustee
HAROLD J. BARKLEY, JR.
P.O. BOX 321454
FLOWOOD, MS 39232

IS VACATED FOR THE FOLLOWING REASON(S): TERMINATED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.


                    ##END OF ORDER##