## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joshua Mack Dewitt                                          Case No. 25-00167-JAW
, Debtor                                                             CHAPTER 13

## NOTICE

Debtor has filed papers with the court to approve the sale of certain real property. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: September 19, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               Jennifer A Curry Calvillo (MSBN 104367)
                                               The Rollins Law Firm, PLLC
                                               PO Box 13767
                                               Jackson, MS 39236
                                               601-500-5533
                                               trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Joshua Mack Dewitt                                   Case No. 25-00167-JAW
, Debtor                                                                        CHAPTER 13

## MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY

COMES NOW, Debtor by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code. Debtor's co-owner, Brandy Danielle Levens, filed a separate Chapter 13 petition case number 25-00085.

2. That Debtor and Brandy Danielle Levens has put up for sale for Certain Real Property located at 107 Donna Circle, Richland, MS 39218. This includes the house and land that is mortgaged by Freedom Mortgage, and more particularly described as:

   > Lot 9, STEPHENS HEIGHTS, a subdivision according to map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Rankin County at Brandon, Mississippi, and recorded in Plat Book 3 at Page 13, reference to which is hereby made in aid of and as part of this decsription.

3. That Debtor and Brandy Danielle Levens wishes to sell the property for $195,000. That the loan with Freedom Mortgage and all other valid liens should be paid in full from the proceeds.

4. Although both Debtors are in separate bankruptcy cases, the Property is jointly owned, and together they are entitled to claim a combined homestead exemption of **$75,000 total**, not $75,000 each under Miss. Code Ann. §85-3-21. Any funds in excess of the $75,000 homestead exemption should be turned over to the Trustee to apply to Debtors' and co-owner's bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00167 |
|---|---|
| JOSHUA MACK DEWITT | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/19/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Approve the Sale of Certain Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00167 |
|---|---|
| JOSHUA MACK DEWITT | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/19/2025, a copy of the following documents, described below,

Notice and Motion to Approve the Sale of Certain Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                            EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING      ALABAMA CREDIT UNION                           US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                 WELTMAN  WEINBERG  REIS CO LPA                 THAD COCHRAN US COURTHOUSE
CASE 25-00167                         ATTN SCOTT D FINK                              501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI      5990 WEST CREEK RD STE 200                     SUITE 2300
FRI SEP 19 11-37-36 PST 2025          INDEPENDENCE   OH 44131-2191                   JACKSON  MS 39201 5036


ALABAMA CREDIT UNION                  ACIMA                                          ALABAMA CREDIT UNION
CO WELTMAN  WEINBERG  REIS CO  LPA    9815 S MONROE ST                               ATTN BANKRUPTCY
5990 WEST CREEK ROAD  SUITE 200       SANDY   UT 84070-4296                          220 PAUL W BRYANT DR
INDEPENDENCE  OH 44131-2191                                                          TUSCALOOSA  AL 35401-2007


AMANDA DEWITT                         BRANDY LEVENS                                  CAPITAL ONE
123 VICKSBURG AVE                     107 DONNA CIR                                  ATTN BANKRUPTCY
RICHLAND   MS 39218-9577              RICHLAND   MS 39218-4404                       PO BOX 30285
                                                                                     SALT LAKE CITY   UT 84130-0285


CONNEXUS CREDIT UNION                 DEPARTMENT OF TREASURY   INTERNAL              FINWISE BANK
PO BOX 8026                           REVENUE SE                                     CO BECKET AND LEE LLP
WAUSAU  WI 54402-8026                 INTERNAL REVENUE SERVICE                       PO BOX 3002
                                      PO BOX 7346                                    MALVERN PA 19355-0702
                                      PHILADELPHIA   PA 19101-7346


FREEDOM MORTGAGE CORP                 INTERNAL REVENUE SERVI                         JACKSON RADIOLOGY
ATTN BANKRUPTCY                       CO US ATTORNEY                                 PO BOX 3488
907 PLEASANT VALLEY                   501 EAST COURT ST                              05-080
STE 3                                 STE 4430                                       TUPELO  MS 38803-3488
MT LAUREL  NJ 08054-1210              JACKSON   MS 39201-5025


(P)JEFFERSON CAPITAL SYSTEMS LLC      MERIT HEALTH                                   PROFESSIONAL ACCOUNT S
PO BOX 7999                           PO BOX 281441                                  PO BOX 188
SAINT CLOUD MN 56302-7999             ATLANTA   GA 30384-1441                        BRENTWOOD   TN 37024-0188


SMITH ROUCHON                         (P)SNAP ON CREDIT                              T MOBILETMOBILE USA INC
1456 ELLIS AVE                        950 TECHNOLOGY WAY                             BY AIS INFOSOURCE  LP AS AGENT
JACKSON  MS 39204-2204                SUITE 301                                      4515 N SANTA FE AVE
                                      LIBERTYVILLE IL 60048-5339                    OKLAHOMA CITY  OK 73118-7901


                                      EXCLUDE
US ATTORNEY GENERAL                   UNITED STATES TRUSTEE                          HAROLD J BARKLEY JR
US DEPT OF JUSTICE                    501 EAST COURT STREET                          PO BOX 4476
950 PENNSYLVANIA AVENW                SUITE 6 430                                    JACKSON  MS 39296-4476
WASHINGTON  DC 20530-0001             JACKSON   MS 39201 5022


DEBTOR                                EXCLUDE
JOSHUA MACK DEWITT                    THOMAS CARL ROLLINS JR
107 DONNA CIR                         THE ROLLINS LAW FIRM  PLLC
RICHLAND  MS 39218-4404               PO BOX 13767
                                      JACKSON  MS 39236 3767
```