

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joshua Mack Dewitt                                                    Case No. 25-00167-JAW
, Debtor                                                                                       CHAPTER 13

### ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # 43 ) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the Debtor, jointly with co-owner Brandy Danielle Levens (Case No. 25-00085) is authorized to sell certain real property, located at 107 Donna Circle, Richland, MS 39218 and more particularly described as:

> Lot 9, STEPHENS HEIGHTS, a subdivision according to map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Rankin County at Brandon, Mississippi, and recorded in Plat Book 3 at Page 13, reference to which is hereby made in aid of and as part of this decsription.

The mortgage lien of Freedom Mortgage and all other valid liens shall be paid in full from the proceeds. The Settlement Agent shall disburse to the Debtor and to the co-owner Brandy Danielle Levens sales net proceeds up to $75,000.00, combined not $75,000 each after all closing costs, mortgages, and liens are paid. If any funds still exist over the homestead exemption of $75,000, Settlement Agent shall turn the funds over to the Trustee for disbursement in Debtors' and co-owner's bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767,
Jackson, MS 39236
(601)500-5533