United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00167-JAW
Joshua Mack Dewitt Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Oct 20, 2025      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Mack Dewitt, 107 Donna Cir, Richland, MS 39218-4404 |
| 5465240 | + | Brandy Levens, 107 Donna Cir, Richland, MS 39218-4404 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joshua Mack Dewitt trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3                           User: mssbad                           Page 2 of 2
Date Rcvd: Oct 20, 2025                        Form ID: pdf012                        Total Noticed: 2
TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Joshua Mack Dewitt | Case No. 25-00167-JAW |
| , Debtor | CHAPTER 13 |

### ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # 43) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the Debtor, jointly with co-owner Brandy Danielle Levens (Case No. 25-00085) is authorized to sell certain real property, located at 107 Donna Circle, Richland, MS 39218 and more particularly described as:

> Lot 9, STEPHENS HEIGHTS, a subdivision according to map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Rankin County at Brandon, Mississippi, and recorded in Plat Book 3 at Page 13, reference to which is hereby made in aid of and as part of this decsription.

The mortgage lien of Freedom Mortgage and all other valid liens shall be paid in full from the proceeds. The Settlement Agent shall disburse to the Debtor and to the co-owner Brandy Danielle Levens sales net proceeds up to $75,000.00, combined not $75,000 each after all closing costs, mortgages, and liens are paid. If any funds still exist over the homestead exemption of $75,000, Settlement Agent shall turn the funds over to the Trustee for disbursement in Debtors' and co-owner's bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767,
Jackson, MS 39236
(601)500-5533