

# INVOICE

Invoice # 8526
Date: 12/01/2025
Due On: 12/31/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Joshua Mack Dewitt

## 05651-Dewitt Joshua Mack

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 07/16/2025 | Drafted 2nd Application, Proposed Order, Notice and Lodestar due to other being denied for filing early; drafted internal message to TR re: review 2nd Application | 0.70 | $155.00 | $108.50 |
| Service | KR | 07/16/2025 | Drafted email memo to VM with the affidavit to notarize and sign for the Application | 0.10 | $0.00 | $0.00 |
| Service | TR | 07/16/2025 | Review 2nd Fee App | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/17/2025 | Review email from debtor: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the Exhibit A, B and C for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/17/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, Notice with the Declaration of Mailing attached, the Exhibits A, B, C, Cost of Mailing and the Proposed Order for upload tot the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/30/2025 | Incoming Call: Telephone conference with debtor's mother about his income situation with the debtor present; debtor has taken a pay decrease and wanted to know options; explained we could analyze to lower payment or | 0.20 | $155.00 | $31.00 |

Invoice # 8526 - 12/01/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | maybe convert; drafted email to debtor with the conversion packet | | | |
| Service | KR | 07/30/2025 | Review and organize documents provided by debtor: Reviewed several emails from debtor with the conversion packet, bank statements and paystubs; organized and merged into conversion folder | 0.70 | $155.00 | $108.50 |
| Service | KR | 08/04/2025 | Review email from debtor: Reviewed email from debtor's significant other with the last bank statement needed to analyze to convert or lower plan payment | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/05/2025 | Analyze to convert/lower pp | 0.30 | $360.00 | $108.00 |
| Service | KR | 08/06/2025 | Call Debtor: Telephone conference with debtor informing him after the attorney analyzed his case we can not lower his plan payment and he is not eligible to convert explained what happens if he becomes further behind and Motion to Dismiss is filed; also discussed what happens if a his case is dismissed; he is also trying to sell his home; explained that process; | 0.30 | $0.00 | $0.00 |
| Service | JAC | 08/14/2025 | Review: 25-00167-JAW Order on Application for Compensation Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/27/2025 | Review email from debtor: Reviewed email from debtor stating they are selling their home and living in another owned by their mother. Debtor inquiring if they are able to incur debt to fix it up. Drafted email to KR. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/27/2025 | Contact Debtor (Text/Email): Reviewed email from KR stating all information needed and the steps to take for the debtor. Drafted email to debtor informing her. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/27/2025 | Review email from debtor: Reviewed email from debtor stating her realtor will be emailing us the requested information. | 0.10 | $0.00 | $0.00 |
| Service | BB | 09/03/2025 | Reviewed email from debtors realtor inquiring what is needed. Drafted email to her informing. | 0.10 | $0.00 | $0.00 |
| Service | BB | 09/04/2025 | Contact Debtor (Text/Email): | 0.10 | $0.00 | $0.00 |

Invoice # 8526 - 12/01/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed email from realtor providing the requested sale contract. Drafted email to KR informing and providing. | | | |
| Service | KR | 09/04/2025 | Reviewed closing disclosure from the realtor selling the debtor's home; called the realtor to inform her of the changes needed for us to file the Motion to Sell; could not leave a message; drafted email to the realtor informing her of the revisions that needed to be made before the attorney will review | 0.30 | $0.00 | $0.00 |
| Service | BB | 09/08/2025 | Review email from debtor: Reviewed email from Trustee office informing of the debtors delinquent amount. Reviewed email from debtor providing new employer information. Drafted email to Trustee office providing the new employer information. Drafted email to debtor providing the delinquency amount. | 0.20 | $0.00 | $0.00 |
| Service | KR | 09/08/2025 | Review and respond to email memo: Reviewed email memo from BB re: contract on Motion to Sell; drafted email memo to BB informing her of what is needed | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/08/2025 | Reviewed email from the real estate agent stating that is the description they put in their contract but can send us the deed; drafted email to the real estate agent informing her that I will get with the attorney to see if that will suffice. | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/09/2025 | Reviewed email from realtor with the Warranty Deed; merged the Warranty Deed in client documents; drafted email to the realtor inquiring if the the Closing will include the significant other | 0.20 | $0.00 | $0.00 |
| Service | KR | 09/10/2025 | Draft Motion: Reviewed email from the realtor with all documents needed; drafted Motion to Approve Sale of Property; drafted internal message to TR re: review Motion | 0.30 | $0.00 | $0.00 |
| Service | JAC | 09/15/2025 | Review: 25-00167-JAW Order Upon Employer Directing Deductions from Pay Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 09/15/2025 | Review: 25-00167-JAW Release of Wages Document# 39 | 0.10 | $0.00 | $0.00 |

Invoice # 8526 - 12/01/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 09/15/2025 | Contact Debtor (Text/Email): Reviewed: 25-00167-JAW Order Upon Employer Directing Deductions from Pay; emailed to debtor. | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/15/2025 | Review email from Attorney: Reviewed internal message from TR re: revisions needed; revised Motion to Approve the Sale; drafted email memo to TR re: review revised Motion | 0.30 | $0.00 | $0.00 |
| Service | KR | 09/19/2025 | Prepared the Notice and Motion to Approve Sale for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 09/22/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Approve Sale, the Proposed Order and the Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 10/16/2025 | Call Debtor: Reviewed email from Freedom Mortgage with a payoff request letter; telephone conference with the realtor for debtor; drafted email to the realtor with a copy of the payoff letter; telephone conference with debtor about the payoff request letter; merged payoff letter with client documents | 0.20 | $0.00 | $0.00 |
| Service | JAC | 10/21/2025 | Review: 25-00167-JAW Order on Motion for Sale of Property under Section 363(b) Document# 45 | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/12/2025 | Review email from debtor: Reviewed email from debtor providing information for new employer. Reviewed and organized. | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/18/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting he confirm if he has started his new employment. | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/24/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he has started at his new employment. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/24/2025 | Reviewed court docket for previous orders and invoices filed; drafted first part of the Application for Compensation; drafted email to the Trustee's office inquiring if any additional attorney fees were going to paid out since there was a balance on | 0.60 | $155.00 | $93.00 |

|         |    |            |                                                                                              |          |          |          |
|---------|----|------------|----------------------------------------------------------------------------------------------|----------|----------|----------|
|         |    |            | hand                                                                                         |          |          |          |
| Service | KR | 11/25/2025 | Reviewed email from the Trustee's office stating that they will be issuing additional attorney fees | 0.10 | $155.00 | $15.50 |
|         |    |            |                                                                                              | **Services Subtotal** | | **$644.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/17/2025 | Difference of Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $11.13 | $11.13 |
| Expense | 09/19/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $20.46 | $20.46 |
| | | | **Expenses Subtotal** | | **$31.59** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.4 | $360.00 | $144.00 |
| Jennifer Curry Calvillo | Attorney | 0.3 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Brooke Brueland | Non-Attorney | 0.7 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 2.8 | $155.00 | $434.00 |
| Kerri Rodabough | Non-Attorney | 2.3 | $0.00 | $0.00 |
| | | | **Subtotal** | **$675.59** |
| | | | **Total** | **$675.59** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7550 | 03/13/2025 | $2,717.98 | $0.00 | $2,717.98 |
| 8105 | 08/15/2025 | $1,139.79 | $0.00 | $1,139.79 |

Invoice # 8526 - 12/01/2025

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8526 | 12/31/2025 | $675.59 | $0.00 | $675.59 |
| | | | **Outstanding Balance** | **$4,533.36** |
| | | | **Total Amount Outstanding** | **$4,533.36** |