# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Joshua Mack Dewitt, Debtor                Case No. 25-00167-JAW
                                                    CHAPTER 13

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to Dismiss (dk # 48) as follows:

1. Debtor commenced this case on 01/22/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor is looking into converting to a chapter 7 or modifying the plan.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                Respectfully submitted,

                        By:     /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on January 6, 2026, to:

By Electronic CM/ECF Notice:

  Harold Barkley

  U.S. Trustee

               <u>/s/ Thomas C. Rollins, Jr.</u>
               Thomas C. Rollins, Jr.