___



**SO ORDERED,**

*/s/ Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 9, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOSHUA MACK DEWITT,                                        CASE NO. 25-00167-JAW

DEBTOR.                                                             CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Trustee's Motion to Dismiss filed by Harold J. Barkley, Jr., Trustee, (the "Motion") (Dkt. #48) and the Debtor's Response (the "Response") (Dkt. #55). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on January 12, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for February 9, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693