SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: February 3, 2026



The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                           CHAPTER 13 NO.:

JOSHUA MACK DEWITT                                                    25-00167 – JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 48) and the Debtor's Response (DK # 55); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is withdrawn.

THAT, the Debtor shall file a motion to convert his Case to a Chapter 7 bankruptcy on or before February 23, 2026, or this Case shall be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/ Thomas Carl Rollins, Jr.
THOMAS CARL ROLLINS, JR.
ATTORNEY FOR DEBTOR