# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                              CASE NO. 25-00167-JAW
JOSHUA MACK DEWITT                                  CHAPTER 7

---

## NOTICE RESCHEDULING MEETING OF CREDITORS

---

Eileen N. Shaffer, Trustee, hereby reschedules the meeting of creditors in the above styled and numbered case to the __20th__ day of __March__, __2026__ at __9:00 a.m.__ to be held via Zoom:

**Trustee: Eileen Shaffer**
**Zoom Meeting Website: www.zoom.us/join**
**Zoom Meeting ID: 905 950 7847**
**Zoom Meeting Passcode: 8931265934**
**[Alternate Call-in number: 769-215-5931]**

Dated: __2/11/26__

By:      _/s/ Eileen N. Shaffer_____

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served this day on the the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system:

Joshu Mack Dewitt
107 Donna Cir.
Richland, MS 39216

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

All creditors listed on the Matrix

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Dated:  **2/11/26**

*/s/ Eileen N. Shaffer*

Label Matrix for local noticing
0538-3
Case 26-00167-KMS
Southern District of Mississippi
Jackson-3 Divisional Office
Wed Feb 11 10:34:35 CST 2026

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

CHARLES D. BORUM, M.D.
131 JEFFERSON DAVIS BL
SUITE F
NATCHEZ, MS 39120-5143

Capital One Card
Bankruptcy
P O Box 30285
Salt Lake Cit, UT 84130-0285

Easterling Music Co.
605 Carter St.
Vidalia, LA 71373-3201

Jack Lazarus
L. Jackson Lazarus
P.O. Box 1286
Natchez, MS 39121-1286

Jimmy Wayne Loyd
125 Lower Woodville Road
Apt J179
Natchez, MS 39120-4462

Joseph Todd McDaniel, Esq.
Atty for First Tower Loan, LLC
d/b/a Tower Loan of Natchez
PO Box 320001
Flowood, MS 39232-0001

McGuffie Law Firm PLLC
P.O. Box 4219
Brandon, MS 39047-4219

Rebeca A. Loyd
P.O. Box 17802
Natchez, MS 39122-7802

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

TOWER LOAN
101 1/2 Northgate Rd.
Ste B
Natchez, MS 39120-9162

Tommy L. Loyd
762 James Berry Rd.
Magee, MS 39111-5199

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Derek A Henderson T1
1765-A Lelia Drive
Suite 103
Jackson, MS 39216-4820

L. Jackson Lazarus
PO Box 1286
Natchez, MS 39121-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Republic Finance
352 John R Junkin Dr
Ste 112
Natchez, MS 39120

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) First Tower Loan, LLC, d/b/a Tower Loan o

(u)Nathan A Loyd
125 Lowerwoodvile Rd.
Apt J-179

(d)Jimmy Wayne Loyd
125 Lower Woodville Road
Apt J179
Natchez, MS 39120-4462

End of Label Matrix
Mailable recipients    15
Bypassed recipients     3
Total                  18