IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              CHAPTER 7

JOSHUA MACK DEWITT                                                  CASE NO. 25-00167-JAW

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice Rescheduling Meeting of Creditors [Dkt. #68] has been served this day on the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system:

>   Joshua Mack Dewitt
>   107 Donna Cir.
>   Richland, MS 39216
>
>   Thomas Carl Rollins, Jr., Esq.
>   Attorney for Debtor
>   trollins@therollinsfirm.com
>
>   All creditors listed on the Matrix
>
>   United States Trustee
>   USTPRegion05.JA.ECF@usdoj.gov

Dated: 2/11/26

/s/ Eileen N. Shaffer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-00167-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Wed Feb 11 15:23:56 CST 2026 | Alabama Credit Union<br>Weltman, Weinberg & Reis Co LPA<br>Attn Scott D. Fink<br>5990 West Creek Rd Ste 200<br>Independence, OH 44131-2191 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 |
| ALABAMA CREDIT UNION<br>c/o Weltman, Weinberg & Reis Co., LPA<br>5990 West Creek Road, Suite 200<br>Independence, OH 44131-2191 | Acima<br>9815 S Monroe St<br>Sandy, UT 84070-4296 | Alabama Credit Union<br>Attn: Bankruptcy<br>220 Paul W. Bryant Dr<br>Tuscaloosa, AL 35401-2007 |
| Amanda DeWitt<br>123 Vicksburg Ave<br>Richland, MS 39218-9577 | Brandy Levens<br>107 Donna Cir<br>Richland, MS 39218-4404 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Connexus Credit Union<br>Po Box 8026<br>Wausau, WI 54402-8026 | Department of Treasury - Internal Revenue Se<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | FinWise Bank<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 |
| Freedom Mortgage Corp<br>Attn: Bankruptcy<br>907 Pleasant Valley<br>Ste 3<br>Mt Laurel, NJ 08054-1210 | Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 | Jackson Radiology<br>P.O. Box 3488<br>#05-080<br>Tupelo, MS 38803-3488 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Merit Health<br>P.O. Box 281441<br>Atlanta, GA 30384-1441 | Professional Account S<br>PO Box 188<br>Brentwood, TN 37024-0188 |
| Smith Rouchon<br>1456 Ellis Ave.<br>Jackson, MS 39204-2204 | (p)SNAP ON CREDIT<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 | T Mobile/T-Mobile USA Inc<br>by AIS Infosource, LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | (p)EILEEN N SHAFFER<br>P O BOX 1177<br>JACKSON MS 39215-1177 |
| Joshua Mack Dewitt<br>107 Donna Cir<br>Richland, MS 39218-4404 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC        Snap-on Credit LLC              Eileen N. Shaffer
PO Box 7999                          950 Technology Way              P.O. Box 1177
St. Cloud, MN 56302-9617             Suite 301                       Jackson, MS 39215-1177
                                     Libertyville, IL 60048
```

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25