# United States Bankruptcy Court
## Southern District of Mississippi

| | | |
|---|---|---|
| In re  **Joshua Mack Dewitt** | Case No. | **25-00167** |
| Debtor(s) | Chapter | **7** |

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **February 9, 2026**   /s/ **Joshua Mack Dewitt**
**Joshua Mack Dewitt**
Signature of Debtor

```
JOSHUA MACK DEWITT            FINWISE BANK***              US ATTORNEY GENERAL
107 DONNA CIR                 C/O BECKET & LEE LP          US DEPT OF JUSTICE
RICHLAND, MS 39218            P.O. BOX 3002                950 PENNSYLVANIA AVENW
                              MALVERN, PA 19355-0702       WASHINGTON, DC 20530-0001


THOMAS C. ROLLINS, JR.        FREEDOM MORTGAGE CORP
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                907 PLEASANT VALLEY
JACKSON, MS 39236             STE 3
                              MT LAUREL, NJ 08054


ACIMA                         INTERNAL REVENUE SERVI
9815 S MONROE ST              CENTRALIZED INSOLVENCY
SANDY, UT 84070               P.O. BOX 7346
                              PHILADELPHIA, PA 19101-7346


ALABAMA CREDIT UNION          INTERNAL REVENUE SERVI
ATTN: BANKRUPTCY              C/O US ATTORNEY
220 PAUL W. BRYANT DR         501 EAST COURT ST
TUSCALOOSA, AL 35401          STE 4.430
                              JACKSON, MS 39201


AMANDA DEWITT                 JACKSON RADIOLOGY
123 VICKSBURG AVE             P.O. BOX 3488
RICHLAND, MS 39218            #05-080
                              TUPELO, MS 38803


BRANDY LEVENS                 MERIT HEALTH
107 DONNA CIR                 P.O. BOX 281441
RICHLAND, MS 39218            ATLANTA, GA 30304


CAPITAL ONE                   PROFESSIONAL ACCOUNT S
ATTN: BANKRUPTCY              PO BOX 188
PO BOX 30285                  BRENTWOOD, TN 37024
SALT LAKE CITY, UT 84130


CONNEXUS CREDIT UNION         SMITH ROUCHON
ATTN: BANKRUPTCY              1456 ELLIS AVE.
PO BOX 8026                   JACKSON, MS 39204
WAUSAU, WI 54402


ENTERGY***                    SNAP-ON CREDIT
P.O. BOX 8105                 ATTN: BANKRUPTCY
BATON ROUGE, LA 70891-8105    2801 80TH STREET
                              KENOSHA, WI 53143
```