**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Joshua Mack Dewitt**                              **Case No. 25-00167-JAW**
         **, Debtor**                                                        **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,673.50 | $44.48 | $2,717.98 | 22 | 03/11/2025 |
| $1,092.50 | $47.29 | $1,139.79 | 37 | 08/13/2025 |
| $644.00 | $31.59 | $675.59 | 151 | 12/19/2025 |
| $1,302.00 | $9.06 | $1,311.06 | n/a | n/a |
| $5,712.00 | $132.42 | $5,844.42 | | |



# INVOICE

Invoice # 7550
Date: 02/11/2025
Due On: 03/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Joshua Mack Dewitt

## 05651-Dewitt Joshua Mack

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | VM | 10/29/2024 | In-Office Conference: Gathered, reviewed and organized bank statements, general information packet, paystubs, and taxes | 0.40 | $100.00 | $40.00 |
| Service | BM | 10/31/2024 | Reviewed debtor's drivers license and social security card to collect information to pull credit report. | 0.10 | $0.00 | $0.00 |
| Service | BM | 10/31/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report | 0.10 | $155.00 | $15.50 |
| Service | VM | 11/04/2024 | Reviewed debtors credit report in search of student loans. None were found. | 0.10 | $0.00 | $0.00 |
| Service | VM | 11/04/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Compiled list of documents still needed for filing. | 1.00 | $100.00 | $100.00 |
| Service | VM | 11/08/2024 | Contact Debtor (Text/Email): Drafted email to debtor to request documents needed including October statements and paystubs | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/12/2024 | Review email from debtor: Reviewed email from debtor updating me on document questions, and sending requested 2022 tax returns. Updated | 0.20 | $100.00 | $20.00 |

| | | | documents and task. | | | |
|---|---|---|---|---|---|---|
| Service | VM | 11/13/2024 | Review email from debtor: Reviewed email from debtor, updated bank statements and harvesting document task. Drafted email to debtor to inform him of missing statements needed | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/17/2024 | Review email from debtor: Reviewed email from debtors, organized and uploaded bank statements and made corrections to General Information Packet | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/19/2024 | Review email from debtor: Reviewed email from debtor informing me of time frame lived at past address, informed her to send time frame for most recent past address | 0.10 | $0.00 | $0.00 |
| Service | VM | 11/21/2024 | Review email from debtor: Reviewed email from debtor providing me required information for me to add to Packet, updated and sent to BM for review. | 0.20 | $100.00 | $20.00 |
| Service | VM | 11/22/2024 | Reviewed debtors file to determine which documents are needed for the new month. Updated list of documents needed for filing. Drafted email to debtor with updated list. | 0.20 | $100.00 | $20.00 |
| Service | BM | 11/25/2024 | Reviewed file to determine if we have all documents needed for attorney review: information on cosigned debt, amounts owed for debts, pay stubs still needed. Sent list to legal assistant. | 0.30 | $155.00 | $46.50 |
| Service | VM | 11/26/2024 | Call Debtor: Phone conference with debtor to provide her an update on her case, requested she send needed information to input to her General Information Packet. Drafted email to debtor | 0.20 | $100.00 | $20.00 |
| Service | VM | 12/03/2024 | Reviewed emails from debtor's girlfriend, combined bank statements and paystubs and information to GIP. Determined what was still needed, drafted email to debtor. | 0.70 | $100.00 | $70.00 |
| Service | VM | 12/03/2024 | Review email from debtor: Reviewed email from debtor girlfriend informing us debtor no longer has cashapp. Updated task and sent to BM for review. | 0.20 | $100.00 | $20.00 |

Invoice # 7550 - 02/11/2025

| Service | BM | 12/04/2024 | Reviewed file to determine if we have all documents needed for attorney review, information on cosigner still needed. sent memo to legal assistant. | 0.30 | $155.00 | $46.50 |
|---|---|---|---|---|---|---|
| Service | BM | 12/09/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $155.00 | $31.00 |
| Service | BM | 12/10/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 0.80 | $155.00 | $124.00 |
| Service | VM | 12/11/2024 | Reviewed debtor packet for emergency contact information. Organized information into debtors file. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/11/2024 | Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/12/2024 | Review email from debtor: Reviewed email from debtor girlfriend, updated paystubs, bank statements, and Packet. Phone conference with debtor to inform her of matrix | 0.30 | $100.00 | $30.00 |
| Service | JAC | 12/17/2024 | Input Case - review & revise draft bk prepared by bm. Calculate gross income & deductions for Δ. Calculate net income for Δs gf. Calculate plan payment, prepare I | 0.80 | $360.00 | $288.00 |
| Service | JAC | 12/17/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | KR | 12/17/2024 | Contact Debtor (Text/Email): Reviewed email that was undeliverable due to the debtor's inbox being full; telephone conference with debtor; provided another email address; drafted email memo to the debtor with his plan options to review | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/17/2024 | Review email from debtor: Reviewed email from debtor's significant other and debtor requesting a breakdown on how his plan payment was determined; drafted email memo to | 0.10 | $155.00 | $15.50 |

Invoice # 7550 - 02/11/2025

| | | | JAC re: plan payment details | | | |
|---|---|---|---|---|---|---|
| Service | VM | 12/17/2024 | Reviewed debtors file to determine which documents are needed for the new month. Updated list of documents needed for filing. | 0.20 | $100.00 | $20.00 |
| Service | VM | 12/17/2024 | Call Debtor: Phone conference with debtor to request Driver license and social security card. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/17/2024 | review email, print out list of debts paid in BC, send to KR | 0.20 | $0.00 | $0.00 |
| Service | KR | 12/17/2024 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: plan payment configuration; drafted email to debtor with the claims that will be paid through the bankruptcy and determined his monthly plan payment | 0.10 | $155.00 | $15.50 |
| Service | VM | 12/18/2024 | Review email from debtor: Received email from debtor containing driver license and social security, uploaded file, and updated task | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/19/2024 | Drafted email memo to JAC re: estimated plan payment amount questions from debtor | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/19/2024 | Review email from debtor: Reviewed email memo from JAC re: plan payment explanation | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor explaining about the 10% interest and the Trustee's interest per their inquiry | 0.10 | $155.00 | $15.50 |
| Service | VM | 12/27/2024 | Reviewed debtors file to determine which documents are needed for the new month. Updated list of documents needed for filing. Drafted email to debtor with updated list. | 0.20 | $100.00 | $20.00 |
| Service | KR | 12/27/2024 | Review email from debtor: Reviewed email memo from debtor about the truck with Alabama Credit Union not being included in the bankruptcy and the amount owed is lower than they originally provided; drafted email to debtor informing her that I will get with the attorney; drafted email memo to JAC re: debt with Alabama Credit Union | 0.20 | $155.00 | $31.00 |

| Service | KR | 12/27/2024 | Review email from debtor: Reviewed email from debtor with the letter from Alabama Credit Union showing the amount owed on the vehicle; merged with existing client documents; drafted email memo to JAC re: correspondence from Alabama Credit Union | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|---|------|---------|--------|
| Service | VM | 12/30/2024 | Review email from debtor: Reviewed emails from debtor containing paystubs and bank statements needed, organized and uploaded statements. Drafted email to debtor requesting other bank statements and paystubs needed from debtor. | 0.20 | $100.00 | $20.00 |
| Service | VM | 12/31/2024 | Review email from debtor: Rev'd email from debtor, reviewed paystubs, organized and uploaded document | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/02/2025 | review & respond to email from KR re: Δs wanting to pay car direct | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/02/2025 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: vehicle payment; drafted email to debtor informing them that they have to include vehicle payment in with the plan payment | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/02/2025 | Review email from debtor: Reviewed email from debtor girlfriend with her most recent paystub, updated file, and uploaded to debtor and debtor girlfriend file. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/03/2025 | Add Dec numbers to MT | 0.20 | $360.00 | $72.00 |
| Service | VM | 01/06/2025 | Review email from debtor: Reviewed email from debtor, updated and uploaded bank statements & paystubs | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/07/2025 | Review email from debtor: Reviewed email from debtor's significant other coming in to talk to the attorney about the option of filing and the estimated plan payment amount; drafted email memos to TR and JAC | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/07/2025 | Review email from Attorney: Reviewed email memo from TR re: plan option request; drafted email memo to TR providing the chapter 13 plan option the debtor was provided | 0.10 | $0.00 | $0.00 |

| Service | KR | 01/07/2025 | Call Debtor: Reviewed email memo from TR: conference with debtor; telephone conference with debtor and scheduled phone conference appointment in regards to his estimated plan payment for the option of chapter 13 | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|--------|
| Service | TR | 01/09/2025 | Call with client (at his request) to explain why the plan payment is so high | 0.20 | $360.00 | $72.00 |
| Service | BB | 01/09/2025 | Contact Debtor (Text/Email): Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/10/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him of the fee agreement email due to debtor not opening the email. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/10/2025 | Add Brandy's case info to petition | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/17/2025 | Prepare Signign Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/21/2025 | Confrence w/ client to review and revise petition, schedules, statements and plan - discuss clients duties while in bankruptcy | 0.40 | $360.00 | $144.00 |
| Service | JAC | 01/21/2025 | Update schedule B, AF disc, plan pursuant to appt signing notes. Prepare & send final bk to Δ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/22/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | BB | 01/22/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing them with their case number. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/22/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him of the date and time of his meeting of creditors and inquiring how he would like to attend. | 0.10 | $0.00 | $0.00 |
| Service | VM | 01/22/2025 | Review email from debtor: Reviewed email from debtor with correspondence received from Internal Revenue Services. | 0.20 | $100.00 | $20.00 |

| | | | Determined creditors are listed in chapter 13 plan and matrix, drafted email to KR with suggestion. | | | |
|---|---|---|---|---|---|---|
| Service | KR | 01/22/2025 | Review and respond to email memo: Reviewed email memo from VM re: 2023 tax debt; reviewed the plan and the bill from the IRS; drafted email memo to VM explaining what will should be covered. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 01/23/2025 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/23/2025 | Review: 25-00167-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/23/2025 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/23/2025 | Received and reviewed the Declaration of Mailing; prepared the Notice of Plan with the Declaration attached and the Plan for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Drafted chapter 13 yellow page and emailed the debtor the needed information. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring for an update on how he would like to attend his meeting of creditors. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating he would like to attend his meeting of creditors through zoom. Drafted text to debtor inquiring if a practice zoom will be necessary. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/24/2025 | Review: 25-00167-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | BB | 01/27/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he chose a date for his practice zoom meeting. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/27/2025 | Contact Debtor (Text/Email): Reviewed and drafted texts with debtor scheduling a date and time for | 0.10 | $0.00 | $0.00 |

| | | | a practice zoom. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 01/27/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing his second credit course certificate. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/28/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/29/2025 | Contact Debtor (Text/Email): Drafted email to debtor with response to Letter he received from IRS. | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/29/2025 | Prepared the Personal Financial Management Certificate for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/30/2025 | Review: Proof of Claim 25-00167-JAW Snap-on Credit LLC Document # 2 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/31/2025 | Review: Proof of Claim 25-00167-JAW ALABAMA CREDIT UNION Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/31/2025 | Review: Proof of Claim 25-00167-JAW Snap-on Credit LLC Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | BB | 01/31/2025 | Review and organize documents provided by debtor: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Reviewed and organized Trustee documents into the Trustee website. | 0.30 | $100.00 | $30.00 |
| Service | BM | 02/04/2025 | Review: Proof of Claim 25-00167-JAW T Mobile/T-Mobile USA Inc Document # 3 | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/05/2025 | Review and sign confirmation order via email | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/07/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | BB | 02/10/2025 | Call Debtor: Conducted practice zoom meeting with debtor in preparation for their meeting of creditors. Answered | 0.10 | $100.00 | $10.00 |

Invoice # 7550 - 02/11/2025

| | | | questions debtor had. | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/11/2025 | Reviewed information for estimated mailing expenses; drafted first part of the Application for Compensation | 0.20 | $155.00 | $31.00 |
| **Non-billable services** | | | | | | |
| Service | VM | 11/04/2024 | Administrative - non-billable work: Drafted email to BM in regards to questions I had about debtor's bank statements | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/17/2024 | Review for money in trust | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/17/2024 | scan Document: Initial -jens notes.pdf | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/09/2025 | Review email from Attorney: Reviewed email memo from TR re: filing option; updated task since the debtor has decided to proceed with the filing of the Chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | BB | 01/10/2025 | Call Debtor: Phone conference with debtor scheduling their signing appointment with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/13/2025 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |
| Service | VM | 01/21/2025 | Administrative - non-billable work: scanned and email signing checklist to attorney | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/22/2025 | Update Contact to match docket text | 0.10 | $360.00 | $36.00 |
| Service | SA | 01/22/2025 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/29/2025 | Review: Proof of Claim 25-00167-JAW ALABAMA CREDIT UNION Document # 1 | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$2,673.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/23/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $16.48 | $16.48 |
| Expense | 02/11/2025 | Estimated Mailing Expense for 1st Application for Compensation(certificateofservice.com) | 1.00 | $28.00 | $28.00 |
| | | | **Expenses Subtotal** | | **$44.48** |

Invoice # 7550 - 02/11/2025

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.2 | $360.00 | $1,152.00 |
| Jennifer Curry Calvillo | Attorney | 0.2 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.8 | $360.00 | $288.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Brooke Brueland | Non-Attorney | 0.6 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 5.7 | $100.00 | $570.00 |
| Vanessa Martinez | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 1.7 | $155.00 | $263.50 |
| Breanne McDaniel | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 2.0 | $155.00 | $310.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $0.00 | $0.00 |

|  |  |
|---|---|
| Subtotal | $2,717.98 |
| Total | $2,717.98 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7550 | 03/13/2025 | $2,717.98 | $0.00 | $2,717.98 |

|  |  |
|---|---|
| Outstanding Balance | $2,717.98 |
| Total Amount Outstanding | $2,717.98 |

2/11/25, 1:39 PM                                                    Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  [6]  pages
Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2** How many parties will be receiving your documents?  [16]  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  [2]
We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4** We will print your documents 1 page per side.  [1]

**Disclaimer & User Agreement:**

for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

48

| | |
|---|---|
| Date and Time: | Tue Feb 11 2025 13:39:16 GMT-0600 (Central Standard Time) |
| Total Pages to Print: | 96 |
| Sheets Per Envelope | 3 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.17 |
| Printing Cost: | $                                        16.32 |
| Postage Cost: | $                                        11.68 |
| Total Cost: | $                                        28 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



# INVOICE

Invoice # 8105
Date: 07/16/2025
Due On: 08/15/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Joshua Mack Dewitt

## 05651-Dewitt Joshua Mack

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 02/11/2025 | Draft Fee Application and Proposed Order: Reviewed and drafted invoice for attorney and expense fees; drafted 2nd part of the Application for Compensation, the Notice, Proposed Order and the lodestar using totals from the invoice | 0.40 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Drafted email to TR with the Application, the Proposed Order, the Notice, the lodestar and Exhibit A to review | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Drafted email memo to SA with the affidavit to notarize | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Reviewed email memo from SA with the signed affidavit; merged with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/11/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Reviewed email memo from TR re: Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Prepared the Application, the Notice, Exhibit A and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Prepared the Application with the Declaration attached, the Exhibit A, C, the Notice and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |

| Service | BM | 02/12/2025 | Review: Proof of Claim 25-00167-JAW Internal Revenue Servi Document # 4. Sent to attorney for further review. | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | BB | 02/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/14/2025 | Review: Proof of Claim 25-00167-JAW Internal Revenue Servi Document # 4 | 0.20 | $360.00 | $72.00 |
| Service | BB | 02/14/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | BB | 02/14/2025 | Review email from debtor: Reviewed email from debtor stating his wage order has not yet started. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/18/2025 | Chapter 13 Meeting of Creditors | 0.50 | $360.00 | $180.00 |
| Service | JAC | 03/06/2025 | Review: 25-00167-JAW Hearing Set Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-00167-JAW Connexus Credit Union Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: Proof of Claim 25-00167-JAW FinWise Bank Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/06/2025 | Review: 25-00167-JAW Motion to Dismiss Debtor Document# 19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | AMend Plan - provide treatment for finwise bank after poc filed. | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/07/2025 | Prepared the amended plan in Best Case for upload to Clio so debtor can sign; drafted email to debtor with the amended plan to sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/07/2025 | Reviewed court docket for the Proof of Claim to verify address for Finwise Bank; drafted the Notice of Modified Plan | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/10/2025 | Called debtor left message; drafted text to debtor informing them about | 0.10 | $155.00 | $15.50 |

| | | | the amended plan that was emailed for them to sign so we can file with the court. | | | |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | BB | 03/10/2025 | Review email from debtor: Reviewed email from debtors partner inquiring about several different things for this debtors case. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/10/2025 | Call Debtor: Reviewed email memo from BB re: FinWise property; telephone conference with debtor about the property with FinWise and the deficiency claim for the camper | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/10/2025 | Drafted email memo to JAC re: amended plan and FinWise debt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/11/2025 | review & respond to email from kr | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/11/2025 | updated treatment to pay for finwise bank | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/11/2025 | Contact Debtor (Text/Email): Prepared the amended plan to add and keep the property with FinWise for upload to Clio from Best Case; drafted email to debtor with the amended plan to sign. | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/11/2025 | Call Debtor: Telephone conference with debtor's significant other informing her of the revised plan he needs to review and sign so we can file with the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/11/2025 | Drafted email memo to JAC re: review Notice of Modified Plan | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/11/2025 | review & approve drafted notice of amended plan | 0.20 | $360.00 | $72.00 |
| Service | KR | 03/11/2025 | Review email from Attorney: Reviewed email memo from JAC re: notice of amended plan; prepared the Notice and the modified plan for upload to certificate of service | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/12/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Amended Plan and the Notice of Modified Plan with the Declaration attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 03/12/2025 | Review: 25-00167-JAW Order on Application for Compensation | 0.10 | $0.00 | $0.00 |

|  |  |  | Document# 22 |  |  |  |
|---|---|---|---|---|---|---|
| Service | JAC | 03/13/2025 | Review: 25-00167-JAW Order on Motion To Dismiss Debtor Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/18/2025 | Review docket for confirmation, no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | BB | 03/18/2025 | Review email from debtor: Reviewed email from debtors partner stating they received another letter from the courts and inquired the meaning. Drafted reply requesting a copy of the letter. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/19/2025 | Review email from debtor: Reviewed email from debtor providing a copy of the letter she is inquiring about. Reviewed the letter and determined it is a notice of hearing. Informed the debtor we handle and hearings and if they are needed we will contact them. | 0.10 | $100.00 | $10.00 |
| Service | BM | 03/20/2025 | Review: Proof of Claim 25-00167-JAW Jefferson Capital Systems LLC Document # 7 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/17/2025 | Review: 25-00167-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/17/2025 | Review: 25-00167-JAW Order Confirming Chapter 13 Plan Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | BB | 04/18/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/21/2025 | Reviewed voicemail from debtor requesting a return call about his vehicle. Attempted phone conference with debtor which resulted in leaving a voicemail. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/23/2025 | Reviewed mail from Trustee office about a check being returned to them. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |

| Service | KR | 04/23/2025 | Review and respond to email memo: Reviewed email memo from BB re: returned check for wage order garnishment; drafted email memo to BB informing her that the employer's check was returned and the Trustee will no longer accept checks; they will have to provide by other means | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | BB | 04/24/2025 | Contact Debtor (Text/Email): Reviewed email memo from KR confirming the debtors employer provided a check that bounced and they will have to provide a money order in future or the debtor can pay directly. Drafted email to debtor informing him of this. | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Reviewed court docket for previous order and invoice filed; reviewed Trustee's website to verify amount of attorneys fees paid to date; drafted 1st part of Application and Lodestar using amounts from the filed invoice and order | 0.40 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; drafted 2nd part of Application and the lodestar using totals from the 2nd invoice; drafted Proposed Order, Affidavit and Notice; drafted internal message to TR re: review 2nd Application for Compensation | 0.50 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Drafted email memo to SA with the affidavit to notarize and sign | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/19/2025 | Reviewed email memo from SA with the signed affidavit; merged with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/20/2025 | Approved2nd Application drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/28/2025 | Reviewed internal message from TR re: Application for Compensation; prepared the Application, the Notice, Exhibits A. B and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/28/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, the Notice, the Exhibits A, B, C and | 0.20 | $0.00 | $0.00 |

| | | | Cost of Mailing for upload to the court | | | |
|---|---|---|---|---|---|---|
| Service | BB | 06/24/2025 | Review email from debtor: Reviewed email from debtor stating he has ceased working at his current employer and will be starting another job soon. Debtor informed us they do not know the start date of new employment at this time. Drafted email to debtor requesting the start date, name, address, and frequency of pay as soon as they know. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/03/2025 | Contact Debtor (Text/Email): Reviewed email from debtor stating they have started a new 1099 job and will get their first pay check on July 11th. Debtor requested to pay direct. Drafted email to debtor requesting the needed details of the new employer. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/07/2025 | Review email from debtor: Reviewed email from debtor providing the new employer information. Drafted email to KR informing her. | 0.10 | $100.00 | $10.00 |
| | | | | **Services Subtotal** | | **$1,092.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/12/2025 | Difference of Mailing Expense from 1st Application for Compensation (certificateofservice.com) | 1.00 | $6.77 | $6.77 |
| Expense | 03/12/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 07/16/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $36.33 | $36.33 |
| | | | **Expenses Subtotal** | | **$47.29** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.1 | $360.00 | $756.00 |
| Jennifer Curry Calvillo | | Attorney | 0.4 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 0.3 | $0.00 | $0.00 |
| Brooke Brueland | | Non-Attorney | 1.3 | $100.00 | $130.00 |

| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
|---|---|---|---|---|
| Breanne McDaniel | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 1.0 | $155.00 | $155.00 |
| Kerri Rodabough | Non-Attorney | 3.0 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,139.79** |
| | | | **Total** | **$1,139.79** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7550 | 03/13/2025 | $2,717.98 | $0.00 | $2,717.98 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8105 | 08/15/2025 | $1,139.79 | $0.00 | $1,139.79 |
| | | | **Outstanding Balance** | **$3,857.77** |
| | | | **Total Amount Outstanding** | **$3,857.77** |

Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**   How many PAGES are in the document(s) you intend to upload?  `6`   pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2**   How many parties will be receiving your documents?   `19`   parties

This is another way of asking how many envelopes will we have to stuff?

**3**   We will print on both sides of the sheet.   `2`

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4**   We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below,
> you (hereafter "User") agree to the following terms and
> conditions. This quote is for estimation purposes and is not a
> guarantee of cost for services. Quote is based on current
> information from User about the mailing project requirements. It
> does not constitute a review by BK Attorney Services, LLC for
> pricing on the actual cost of mailing a particular project. Many
> factors may or may not be known at the time of obtaining the
> estimate.  Changes in addresses, changes in documents,
> international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

52.5

| | |
|---|---|
| Date and Time: | Wed Jul 16 2025 12:18:47 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 105 |
| Sheets Per Envelope | 2.5 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                          19.95 |
| Postage Cost: | $                                          16.38 |
| Total Cost: | $                                          36.33 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



# INVOICE

Invoice # 8526
Date: 12/01/2025
Due On: 12/31/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Joshua Mack Dewitt

### 05651-Dewitt Joshua Mack

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 07/16/2025 | Drafted 2nd Application, Proposed Order, Notice and Lodestar due to other being denied for filing early; drafted internal message to TR re: review 2nd Application | 0.70 | $155.00 | $108.50 |
| Service | KR | 07/16/2025 | Drafted email memo to VM with the affidavit to notarize and sign for the Application | 0.10 | $0.00 | $0.00 |
| Service | TR | 07/16/2025 | Review 2nd Fee App | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/17/2025 | Review email from debtor: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the Exhibit A, B and C for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/17/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, Notice with the Declaration of Mailing attached, the Exhibits A, B, C, Cost of Mailing and the Proposed Order for upload tot the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/30/2025 | Incoming Call: Telephone conference with debtor's mother about his income situation with the debtor present; debtor has taken a pay decrease and wanted to know options; explained we could analyze to lower payment or | 0.20 | $155.00 | $31.00 |

| | | | maybe convert; drafted email to debtor with the conversion packet | | | |
|---|---|---|---|---|---|---|
| Service | KR | 07/30/2025 | Review and organize documents provided by debtor: Reviewed several emails from debtor with the conversion packet, bank statements and paystubs; organized and merged into conversion folder | 0.70 | $155.00 | $108.50 |
| Service | KR | 08/04/2025 | Review email from debtor: Reviewed email from debtor's significant other with the last bank statement needed to analyze to convert or lower plan payment | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/05/2025 | Analyze to convert/lower pp | 0.30 | $360.00 | $108.00 |
| Service | KR | 08/06/2025 | Call Debtor: Telephone conference with debtor informing him after the attorney analyzed his case we can not lower his plan payment and he is not eligible to convert explained what happens if he becomes further behind and Motion to Dismiss is filed; also discussed what happens if a his case is dismissed; he is also trying to sell his home; explained that process; | 0.30 | $0.00 | $0.00 |
| Service | JAC | 08/14/2025 | Review: 25-00167-JAW Order on Application for Compensation Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/27/2025 | Review email from debtor: Reviewed email from debtor stating they are selling their home and living in another owned by their mother. Debtor inquiring if they are able to incur debt to fix it up. Drafted email to KR. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/27/2025 | Contact Debtor (Text/Email): Reviewed email from KR stating all information needed and the steps to take for the debtor. Drafted email to debtor informing her. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/27/2025 | Review email from debtor: Reviewed email from debtor stating her realtor will be emailing us the requested information. | 0.10 | $0.00 | $0.00 |
| Service | BB | 09/03/2025 | Reviewed email from debtors realtor inquiring what is needed. Drafted email to her informing. | 0.10 | $0.00 | $0.00 |
| Service | BB | 09/04/2025 | Contact Debtor (Text/Email): | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed email from realtor providing the requested sale contract. Drafted email to KR informing and providing. | | | |
| Service | KR | 09/04/2025 | Reviewed closing disclosure from the realtor selling the debtor's home; called the realtor to inform her of the changes needed for us to file the Motion to Sell; could not leave a message; drafted email to the realtor informing her of the revisions that needed to be made before the attorney will review | 0.30 | $0.00 | $0.00 |
| Service | BB | 09/08/2025 | Review email from debtor: Reviewed email from Trustee office informing of the debtors delinquent amount. Reviewed email from debtor providing new employer information. Drafted email to Trustee office providing the new employer information. Drafted email to debtor providing the delinquency amount. | 0.20 | $0.00 | $0.00 |
| Service | KR | 09/08/2025 | Review and respond to email memo: Reviewed email memo from BB re: contract on Motion to Sell; drafted email memo to BB informing her of what is needed | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/08/2025 | Reviewed email from the real estate agent stating that is the description they put in their contract but can send us the deed; drafted email to the real estate agent informing her that I will get with the attorney to see if that will suffice. | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/09/2025 | Reviewed email from realtor with the Warranty Deed; merged the Warranty Deed in client documents; drafted email to the realtor inquiring if the the Closing will include the significant other | 0.20 | $0.00 | $0.00 |
| Service | KR | 09/10/2025 | Draft Motion: Reviewed email from the realtor with all documents needed; drafted Motion to Approve Sale of Property; drafted internal message to TR re: review Motion | 0.30 | $0.00 | $0.00 |
| Service | JAC | 09/15/2025 | Review: 25-00167-JAW Order Upon Employer Directing Deductions from Pay Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 09/15/2025 | Review: 25-00167-JAW Release of Wages Document# 39 | 0.10 | $0.00 | $0.00 |

| Service | CO | 09/15/2025 | Contact Debtor (Text/Email): Reviewed: 25-00167-JAW Order Upon Employer Directing Deductions from Pay; emailed to debtor. | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | KR | 09/15/2025 | Review email from Attorney: Reviewed internal message from TR re: revisions needed; revised Motion to Approve the Sale; drafted email memo to TR re: review revised Motion | 0.30 | $0.00 | $0.00 |
| Service | KR | 09/19/2025 | Prepared the Notice and Motion to Approve Sale for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 09/22/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Approve Sale, the Proposed Order and the Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 10/16/2025 | Call Debtor: Reviewed email from Freedom Mortgage with a payoff request letter; telephone conference with the realtor for debtor; drafted email to the realtor with a copy of the payoff letter; telephone conference with debtor about the payoff request letter; merged payoff letter with client documents | 0.20 | $0.00 | $0.00 |
| Service | JAC | 10/21/2025 | Review: 25-00167-JAW Order on Motion for Sale of Property under Section 363(b) Document# 45 | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/12/2025 | Review email from debtor: Reviewed email from debtor providing information for new employer. Reviewed and organized. | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/18/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting he confirm if he has started his new employment. | 0.10 | $0.00 | $0.00 |
| Service | BB | 11/24/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he has started at his new employment. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/24/2025 | Reviewed court docket for previous orders and invoices filed; drafted first part of the Application for Compensation; drafted email to the Trustee's office inquiring if any additional attorney fees were going to paid out since there was a balance on | 0.60 | $155.00 | $93.00 |

| | | | hand | | | |
|---|---|---|---|---|---|---|
| Service | KR | 11/25/2025 | Reviewed email from the Trustee's office stating that they will be issuing additional attorney fees | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$644.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/17/2025 | Difference of Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $11.13 | $11.13 |
| Expense | 09/19/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $20.46 | $20.46 |
| | | | **Expenses Subtotal** | | **$31.59** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.4 | $360.00 | $144.00 |
| | Jennifer Curry Calvillo | Attorney | 0.3 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| | Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| | Brooke Brueland | Non-Attorney | 0.7 | $0.00 | $0.00 |
| | Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | Kerri Rodabough | Non-Attorney | 2.8 | $155.00 | $434.00 |
| | Kerri Rodabough | Non-Attorney | 2.3 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$675.59** |
| | | | | **Total** | **$675.59** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7550 | 03/13/2025 | $2,717.98 | $0.00 | $2,717.98 |
| 8105 | 08/15/2025 | $1,139.79 | $0.00 | $1,139.79 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8526 | 12/31/2025 | $675.59 | $0.00 | $675.59 |

| | | |
|---|---|---|
| | **Outstanding Balance** | **$4,533.36** |
| | **Total Amount Outstanding** | **$4,533.36** |



# INVOICE

Invoice # 8772
Date: 02/26/2026
Due On: 03/28/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Joshua Mack Dewitt

## 05651-Dewitt Joshua Mack

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BB | 12/02/2025 | Review email from debtor: Reviewed text from debtor stating he has started his new employment. Drafted text to debtor instructed him to continue to pay as he has been. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/08/2025 | Review email from debtor: Reviewed email from debtor requesting to analyze to convert to a chapter seven. Drafted email to debtor informing of what is needed to review. | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/09/2025 | Drafted 3rd invoice; drafted 2nd part of 3rd Application for Compensation; drafted internal message to TR re: review Application for Compensation | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/09/2025 | Drafted email memo to VM with the affidavit to get signed and notarized for the 3rd Applilcation | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/09/2025 | Reviewed email memo from VM with the notarized affidavit; merged with the 3rd Application | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/17/2025 | Reviewed memo from TR re: Application for Compensation; prepared the Application for Compensation, the Exhibits A, B and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 12/17/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with the Declaration of Mailing attached, the Proposed Order, Exhibits A, B, and C for upload to the court | | | |
| Service | KR | 12/18/2025 | Reviewed court docket for the Motion to Dismiss to verify delinquency; reviewed the Trustee's website to verify how the delinquency incurred; | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/18/2025 | Call Debtor: Telephone conference with debtor about the Motion to Dismiss and the delinquency; he can not send in the full amount but can send in some; he will let me know next week once he looks through his finances; also has a new employer | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/18/2025 | Drafted email to the Trustee with the new employer information for the new wage order | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/19/2025 | Review: 25-00167-JAW Release of Wages Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/19/2025 | Review: 25-00167-JAW Order Upon Employer Directing Deductions from Pay Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/19/2025 | Review: 25-00167-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/19/2025 | Review: 25-00167-JAW Order on Application for Compensation Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/19/2025 | Reviewed email from the Trustee's office stating they will upload the new wage order. | 0.10 | $0.00 | $0.00 |
| Service | CO | 12/19/2025 | Contact Debtor (Text/Email): Reviewed: 25-00167-JAW Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/22/2025 | Call Debtor: Telephone conference with debtor about the payment amount he can provide towards the delinquency since there has been a Motion to Dismiss filed; he will review today and call me back | 0.10 | $155.00 | $15.50 |
| Service | BB | 12/22/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing eight pay stubs | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and expenses page. Reviewed, converted to pdf, merged, and organized. Drafted email to debtor requesting the missing pay stubs. | | | |
| Service | BB | 12/29/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing two up to date pay stubs. Reviewed, merged, and organized. | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/29/2025 | Call Debtor: Telephone conference with debtor about the converting of his case and also the payment for his delinquency due to the Motion to Dismiss that was filed | 0.10 | $155.00 | $15.50 |
| Service | BB | 12/29/2025 | Contact Debtor (Text/Email): Phone conference with KR stating the debtor expressed concerns about not hearing an update on his conversion. Drafted email to debtor informing him the reviewing attorney has been out for the holidays and we are gathering the needed documents at this time in preparation for their return. Provided conversion packet for him to complete. | 0.20 | $100.00 | $20.00 |
| Service | KR | 12/31/2025 | Drafted internal message to TR re: response per the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | BB | 01/05/2026 | Review and organize documents provided by debtor: Reviewed email from debtor providing a screenshot only showing an amount due, conversion packet, three bank statements, and a pay stub. Reviewed, converted to pdf, merged, and organized. Drafted email to debtor requesting needed creditor information for debt. Informed JAC. | 0.30 | $100.00 | $30.00 |
| Service | KR | 01/06/2026 | Reviewed internal message from TR re: response per the Motion to Dismiss; drafted and prepared response for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BB | 01/07/2026 | Contact Debtor (Text/Email): Drafted email to debtor providing the list of needs for conversion review. | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/08/2026 | Drafted email to the Trustee's attorney requesting to work out an Agreed Order per the Motion to Dismiss that has been filed | 0.10 | $155.00 | $15.50 |

| Service | BB | 01/08/2026 | Review email from debtor: Reviewed email from debtor providing some information requested for review. Reviewed and organized. Drafted email to debtor providing the updated list of needs. | 0.20 | $100.00 | $20.00 |
|---|---|---|---|---|---|---|
| Service | KR | 01/09/2026 | Reviewed email from the Trustee's office about the options for the Agreed Order per the Motion to Dismiss; drafted email memo and memo to TR re: Agreed Order options | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/09/2026 | Reviewed email memo from TR re: Motion to Dismiss; drafted email to the trustee's attorney requesting reset | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/09/2026 | Received email from the Trustee's attorney stating they have called in the reset hearing | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/12/2026 | Review: 25-00167-JAW Order Setting, Resetting, or Continuing a Hearing Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | BB | 01/12/2026 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update on the requested documents for review. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/13/2026 | Review and organize documents provided by debtor: Reviewed email from debtor providing completed debt page and providing requested DSO information. Reviewed and organized. Drafted email to debtor stating we just need the DSO documents at this time. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/15/2026 | Review and organize documents provided by debtor: Reviewed email from debtor providing divorce decree. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/22/2026 | run Checklist to analyze to convert | 0.40 | $360.00 | $144.00 |
| Service | KR | 01/29/2026 | Drafted email memo to TR re: Motion to Dismiss hearing | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/30/2026 | Phone conference with debtor about converting and the conversion process; also explained the situation of his truck | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/30/2026 | Reviewed email memo from the Trustee's office stating that the will work on the Agreed Order per our terms stated about converting per the | 0.10 | $155.00 | $15.50 |

|  |  |  | Motion to Dismiss |  |  |  |
|---|---|---|---|---|---|---|
| Service | KR | 02/02/2026 | Draft Motion: Drafted Motion to Convert; drafted email memo to JAC re: review Motion to Convert | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/02/2026 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/02/2026 | Review email from Attorney: Reviewed email memo from JAC re: Motion to Convert; prepared the Motion and the Proposed Order to Convert for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/03/2026 | Review: 25-00167-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/03/2026 | Draft Conversion Schedules | 0.30 | $360.00 | $108.00 |
| Service | JAC | 02/03/2026 | Review: 25-00167-JAW Order on Motion to Convert Case to Chapter 7 Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/04/2026 | Review: 25-00167-JAW First Meeting (Chapter 7) Document# 62 | 0.10 | $360.00 | $36.00 |
| Service | BB | 02/04/2026 | Contact Debtor (Text/Email): Drafted text to debtor providing the date and time for their meeting of creditors and stating it will be held at our office unless other arrangements need to be made. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/05/2026 | Review: 25-00167-JAW Release of Wages Document# 63 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/09/2026 | Draft Conversion Schedules | 0.20 | $360.00 | $72.00 |
| Service | BB | 02/09/2026 | Contact Debtor (Text/Email): Drafted text to debtor requesting he confirm he has received the hearing information and in which office he would like to attend due to debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/09/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the conversion schedules to sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/09/2026 | Review email from debtor: Reviewed email from debtor inquiring if the value listed on the property page for the conversion schedules need to be changed since they sold the house; drafted email memo to JAC re: property on conversion schedules | 0.10 | $155.00 | $15.50 |

Invoice # 8772 - 02/26/2026

| Service | JAC | 02/09/2026 | review & respond to email from kr | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/09/2026 | Review email from Attorney: Reviewed email memo from JAC re: property listed on conversion schedules; drafted email to debtor informing him that the property needs to be listed and nothing needs to be corrected | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/10/2026 | Reviewed signed conversion schedules from debtor | 0.10 | $155.00 | $15.50 |
| | | | **Services Subtotal** | | | **$1,302.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 12/17/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.53 | $4.53 |
| Expense | 12/17/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.53 | $4.53 |
| | | | **Expenses Subtotal** | | **$9.06** |

| | Time Keeper | Position | Quantity | Rate | Total |
|--|-------------|----------|----------|------|-------|
| Jennifer Curry Calvillo | | Attorney | 2.0 | $360.00 | $720.00 |
| Brooke Brueland | | Non-Attorney | 2.0 | $100.00 | $200.00 |
| Clara Ortega | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 2.4 | $155.00 | $372.00 |
| Kerri Rodabough | | Non-Attorney | 0.8 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$1,311.06** |
| | | | | **Total** | **$1,311.06** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 8697 | 03/05/2026 | $34.00 | $0.00 | $34.00 |

Invoice # 8772 - 02/26/2026

| 8712 | 03/07/2026 | $1,500.00 | $0.00 | $1,500.00 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8772 | 03/28/2026 | $1,311.06 | $0.00 | $1,311.06 |
| | | | Outstanding Balance | **$2,845.06** |
| | | | Total Amount Outstanding | **$2,845.06** |