United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 25-00167-JAW

Joshua Mack Dewitt                                                                       Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                    User: mssbad                                                 Page 1 of 2

Date Rcvd: May 27, 2026                          Form ID: 318                                         Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joshua Mack Dewitt, 107 Donna Cir, Richland, MS 39218-4404 |
| 5465239 | + | Amanda DeWitt, 123 Vicksburg Ave, Richland, MS 39218-9577 |
| 5465240 | #+ | Brandy Levens, 107 Donna Cir, Richland, MS 39218-4404 |
| 5465246 | + | Jackson Radiology, P.O. Box 3488, #05-080, Tupelo, MS 38803-3488 |
| 5465247 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | May 27 2026 19:37:00 | Alabama Credit Union, Weltman, Weinberg & Reis Co LPA, Attn Scott D. Fink, 5990 West Creek Rd Ste 200, Independence, OH 44131-2191 |
| 5467474 | + | Email/Text: BKRMailOps@weltman.com | May 27 2026 19:37:00 | ALABAMA CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 5465237 | + | Email/Text: bankruptcy@acima.com | May 27 2026 19:37:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5465238 | + | Email/Text: collections@alabamacu.com | May 27 2026 19:37:00 | Alabama Credit Union, Attn: Bankruptcy, 220 Paul W. Bryant Dr, Tuscaloosa, AL 35401-2007 |
| 5465241 | + | EDI: CAPITALONE.COM | May 27 2026 23:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5465242 | + | Email/Text: bankruptcy@connexuscu.org | May 27 2026 19:37:00 | Connexus Credit Union, Po Box 8026, Wausau, WI 54402-8026 |
| 5465244 | | EDI: IRS.COM | May 27 2026 23:36:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5624821 | | Email/Text: credit7@entergy.com | May 27 2026 19:36:00 | Entergy, P.O. Box 8105, Baton Rouge, LA 70891-8105 |
| 5481219 | | Email/PDF: bncnotices@becket-lee.com | May 27 2026 19:48:00 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5465243 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 19:37:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 907 Pleasant Valley, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5465245 | + | Email/Text: ebone.woods@usdoj.gov | May 27 2026 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5486960 | | EDI: JEFFERSONCAP.COM | May 27 2026 23:36:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5465248 | + | Email/Text: pasi_bankruptcy@chs.net | May 27 2026 19:36:00 | Professional Account S, PO Box 188, Brentwood, |

District/off: 0538-3                          User: mssbad                          Page 2 of 2

Date Rcvd: May 27, 2026                       Form ID: 318                          Total Noticed: 22

| | | TN 37024-0188 |
|---|---|---|
| 5465250 | Email/Text: legalservices12@snaponcredit.com | |
| | May 27 2026 19:37:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5465249 | + Email/Text: Tracey@sra-inc.net | |
| | May 27 2026 19:37:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5469833 | + EDI: AIS.COM | |
| | May 27 2026 23:36:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5465251 | ^ MEBN | |
| | May 27 2026 19:36:14 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joshua Mack Dewitt trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| *Information to identify the case:* | | |
| Debtor 1 | **Joshua Mack Dewitt** | Social Security number or ITIN   **xxx–xx–2831** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–00167–JAW** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Joshua Mack Dewitt**

Dated: 5/27/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---